

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of G.L.A. and            * From the 318th District
G.M., children,                            Court of Midland County,
                                           Trial Court No. FM56304.

No. 11-14-00351-CV                        * December 10, 2015

                                          * Memorandum Opinion by Wright, C.J.
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Appellee, Alina Acker Goree.